THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Christopher D. Williamson, Appellant.
 
 
 

Appeal From Horry County
 Paula H. Thomas, Circuit Court Judge

Unpublished Opinion No. 2007-UP-039
Submitted January 2, 2007  Filed January 19, 2007    

APPEAL DISMISSED

 
 
 
 Assistant Appellant Defender Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General, Donald J. Zelenka, and Solicitor J. Gregory Hembree, for Respondent.  
 
 
 

PER CURIAM:  Christopher D. Williamson appeals his guilty plea and sentence of six years for four counts of forgery to run concurrent and time served for one count of possession of a stolen automobile.  Williamson argues the plea court failed to adequately advise him of his constitutional rights as required by Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Williamsons appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
ANDERSON, HUFF and BEATTY, JJ. concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.